# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America<br><br>v.<br><br>Antonio Vergara | Crim. No. 2:22-mj-147 |

## ORDER OF APPOINTMENT

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Burlington, in the District of Vermont, this 27th day of October 2022.

> JEFFREY S. EATON, Clerk
> By: /s/ H. Beth Cota
> Deputy Clerk