UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br><br>ANTONIO VERGARA,<br>    Defendant. | )<br>)<br>)<br>)   Case No. 2:22-mj-00147-kjd-1<br>)<br>)<br>) |

NOTICE OF APPEARANCE

NOW COMES Sara Puls who hereby enters her appearance for the Office of the Federal Public Defender by and on behalf of the above-named defendant, Antonio Vergara.

Dated:   November 02, 2022.

          By:    */s/ Sara M. Puls*
                Sara M. Puls
                Assistant Federal Public Defender
                Office of the Federal Public Defender
                95 Pine Street, Suite 150
                Burlington, VT 05401
                Phone: (802) 862-6990
                Fax: (802) 862-7836
                Email: Sara_Puls@fd.org
                Counsel for Antonio Vergara